IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK CHARLESTON, SC

2011 OCT 31  A 10: 01

| | |
|---|---|
| Jaquan Ferrell, Daniel Shannon, and Tasha Saxon,<br><br>   Plaintiffs,<br><br>v.<br><br>Agent Director of the South Carolina Department of Corrections,<br><br>   Defendant. | Civil Action No. 1:11-1098-SB<br><br>**ORDER** |

This matter is before the Court upon the Plaintiffs' pro se complaint alleging violations of their due process rights. On May 6, 2011, the Defendant removed this action to this Court and subsequently filed a motion to dismiss on May 19, 2011. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On May 20, 2011, United States Magistrate Judge Shiva V. Hodges issued an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising the Plaintiffs of the summary judgment and dismissal procedures and of the possible consequences of their failure to respond to the Defendant's motion. On May 27, 2011, Plaintiff Shannon filed a motion to remand, and on June 3, 2011, Shannon filed a response to the Defendant's motion to dismiss. Plaintiffs Ferrell and Saxon have not filed anything in this Court to date.

After reviewing the matters, the Magistrate Judge issued a report and recommendation ("R&R") on October 6, 2011, recommending that the Court grant the Defendant's motion to dismiss and deny the Plaintiff's motion to remand. Attached to the R&R was a notice advising the parties of the right to file specific, written objections to the

R&R within 14 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R (Entry 28) as the Order of this Court, and it is

**ORDERED** that the Defendant's motion to dismiss (Entry 11) is granted, the Plaintiff's motion to remand (Entry 18) is denied, and this matter is ended.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

October 27, 2011
Charleston, South Carolina

2